# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS S. GOLD, an individual, | Case No.: 2:18-cv-01623-APG-NJK |
| Plaintiff | **ORDER** |
| v. | |
| PAUL A. JEWISON, an individual; CAPO BEACH WATERCRAFT, LLC d/b/a CAPO BEACH WATERCRAFT RENTALS; BOMBARDIER RECREATIONAL PRODUCTS, A Canadian Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants | |

Based on the plaintiff's response to my Order to Show Cause, I deem my order satisfied. I will not dismiss this lawsuit at this time based on the lack of subject matter jurisdiction. However, the plaintiff remains responsible for proving that this court can properly exercise diversity jurisdiction over this suit.

DATED this 17th day of September, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE