# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS GOLD, | Case No.: 2:18-cv-01623-APG-NJK |
| Plaintiff(s), | NOTICE REGARDING EX PARTE COMMUNICATIONS |
| v. | |
| PAUL A. JEWISON, *et al.*, | |
| Defendant(s). | |

On March 19, 2019, the undersigned's chambers staff received two telephone calls from Plaintiff's counsel's firm inquiring about scheduling a case management conference. Parties and counsel are prohibited from contacting Court personnel *ex parte* to discuss matters in their case. *See, e.g.*, Local Rule IA 7-2. Moreover, except in very limited circumstances not present here, parties must request relief from the Court by filing an appropriate written request on the docket. *See, e.g.,* Local Rule 7-2(a); Local Rule 7-1(a). As such, Plaintiff's counsel (and all other parties or counsel) shall refrain from calling chambers.

IT IS SO ORDERED.

Dated: March 19, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge