**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS S. GOLD, an individual, | Case No.: 2:18-cv-01623-APG-NJK |
| Plaintiff | **ORDER FOR STATUS REPORT** |
| v. | |
| PAUL A. JEWISON, an individual; CAPO BEACH WATERCRAFT, LLC d/b/a CAPO BEACH WATERCRAFT RENTALS; BOMBARDIER RECREATIONAL PRODUCTS, A Canadian Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants | |

Plaintiff Douglas S. Gold previously moved to enforce the settlement the parties had entered into. ECF No. 87.  Some time has passed since the motion was filed.  Gold is hereby ordered to file a brief report explaining whether the settlement funds have now been paid and whether the motion still needs to be resolved.  The report is due by **October 12, 2020**.

DATED this 2nd day of October, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE